UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT JAMES SWINT,<br><br>Plaintiffs,<br><br>-against-<br><br>OPEN AI OP CO, LLC,<br><br>Defendant. | 26-CV-9804 (LTS)<br><br>ORDER OF DISMISSAL<br>UNDER 28 U.S.C. § 1651 |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 3, 2023, Plaintiff Robert James Swint was barred from filing any new civil action in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *Swint v. Verizon Wireless; D.O.D (Department of Defense)*, ECF 1:23-CV-4067, 7 (S.D.N.Y. Oct. 3, 2023). Plaintiff filed this new *pro se* action without prepayment of the filing fees, and it therefore appears that he seeks to proceed IFP. Plaintiff has not sought leave of court to file this IFP action.

Accordingly, the Court dismisses this action without prejudice based on the Court's October 3, 2023 order in *Verizon Wireless*, ECF 1:23-CV-4067, 7, barring Plaintiff from proceeding IFP.[1]

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

[1] Nothing in this order prevents Plaintiff from refiling this action with prepayment of the filing fees.

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in this order.

SO ORDERED.

Dated: November 13, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge